UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| JULIAN BRADLEY | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 17-1587 |
| vs. | : | |
| SEARAY LLC d/b/a | : | |
| EASYACC.COM, INC., | : | |
| and AMAZON.COM, INC. | : | |
| Defendants | : | |

**PRAECIPE OF THE PLAINTIFF TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT, SEARAY LLC d/b/a/ EASYACC.COM, INC**

**TO THE CLERK OF COURT:**

Kindly enter Default Judgment against Searay LLC d/b/a/ Easyacc.com, INC in the above captioned matter. On June 22, 2017, Defendant, Easyacc.com, INC was personally served with a copy of the complaint. *See **Certificate of service attached hereto as Exhibit "A."*** On July 25, 2017, Honorable Mitchell S. Goldberg of the Eastern District of Pennsylvania ruled that Defendant, Easyacc.com, INC "has failed to file an answer" in this matter and permitted Plaintiff to file a request with the Clerk of this Court for Entry of Default pursuant to Rule 55 of the Federal Civil Procedure within fourteen (14) days. *See **Honorable Mitchell S. Goldberg's Order dated July 25, 2017 attached hereto as Exhibit "B."*** Counsel for Plaintiff and Counsel for Defendant, Amazon.com, INC signed a stipulation amending the caption to make Searay LLC d/b/a/ Easyacc.com, INC as a proper Defendant and, on July 31, 2017, the same was approved by Honorable Mitchell S. Goldberg of this Court. *See **the signed stipulation attached hereto as Exhibit "C."*** Default Judgment should be entered against Defendant, Searay LLC d/b/a/ Easyacc.com, INC in this matter.

RESPECTFULLY SUBMITTED:

_____
FEEDA R. MUSITIEF, ESQUIRE
Attorney for Plaintiff

Date: 9-7-17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN BRADLEY | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 17-1587 |
| vs. | : | |
| SEARAY LLC d/b/a | : | |
| EASYACC.COM, INC., | : | |
| and AMAZON.COM, INC. | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of Plaintiff's Praecipe to enter Default Judgment against Defendant, Searay LLC d/b/a/ Easyacc.com, INC was electronically mailed and/or mailed via first class postage prepaid mail, on the date shown below to all interested counsel and parties as follows:

Searay LLC d/b/a/ Easyacc.com, INC
3483 Stoneham Drive
Duluth, GA 30096

Keith D. Heinold, Esquire
MARSHALL, DENNEHEY WARNER
COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, Pa. 19103

FINE AND STAUD LLC

_____
FEEDA R. MUSITIEF, ESQUIRE
Attorney for Plaintiff

Date: 9-7-17

EXHIBIT "A"

| JULIAN BRADLEY | Plaintiff | 20170620164352 |
|---|---|---|
| vs | | _____ Court Of _____ |
| EASYACC.COM, INC., ET AL. | Defendant | _____ Venue |

Docket Number: 2 17 CV 01587 MSG

Person to be served (Name and Address):
EASYACC.COM, INC.
3483 STONEHAM DRIVE
DULUTH GA 30096
By serving: LI JIANG

Attorney: FEEDA R. MUSITIEF, ESQ.

Papers Served: CIVIL COVER SHEET, NOTICE TO PLEAD, COMPLAINT, AND VERIFICATION

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

Service Date: [X] Served Successfully   [ ] Not Served

Date/Time: 6/22/17 @ 2:50 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:
Li Jiang
Principal

Description of Person Accepting Service:
SEX: F  AGE: 25-30  HEIGHT: 5'4"  WEIGHT: 126 lbs  SKIN: Asian  HAIR: Black  OTHER: _____

Unserved:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:  Date/Time: _____  Date/Time: _____  Date/Time: _____

Other:

Served Data:
Subscribed and Sworn to me this 26th day of June, 2017

Notary Signature: _____
Name of Notary: Deborah A Duckor
Commission Expiration: EXPIRES GEORGIA NOV. 14, 2018

Jean Nichols, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server: _____  Date: 6/26/2017

Name of Private Server: Jean Nichols   Address: 2000 Morris Avenue UNION, NJ 07083   Phone: (908) 672-1952

EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIAN BRADLEY, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 17-1587 |
| EASYACC.COM, INC. AND AMAZON.COM, INC., | : |
| Defendants. | : |

## ORDER

AND NOW, this 25th day of July, 2017, upon review of the Court's records, the Court notes that Defendant, EasyAcc.com, Inc., has failed to file an answer in the above-captioned case.

WHEREFORE, Plaintiff may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure. If the Request for Default is not filed within fourteen (14) days, the Court will enter an order dismissing the case against the above-named defendant for lack of prosecution.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
Mitchell S. Goldberg, J.

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JULIAN BRADLEY | : | |
| --- | --- | --- |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 17-1587 |
| vs. | : | |
| | : | |
| EASYACC.COM, INC., | : | |
| and AMAZON.COM, INC. | : | |
| Defendants | : | |

It is hereby STIPULATED between Counsel for all parties that the case caption be amended as follows:

1. Defendant, Easyacc.com, INC is hereby amended to Searay LLC d/b/a Easyacc.com, INC.

This Stipulation hereby amends all prior pleadings and discovery. This Stipulation may be executed in parts.

FINE AND STAUD, LLC                    MARSHALL, DENNEHEY WARNER
                                       COLEMAN & GOGGIN

BY: _____                  BY: _____
Freda R. Musitief, Esquire             Keith D. Heinold, Esquire

                              BY THE COURT:

                              _____
                              Honorable Mitchell S. Goldberg
                              7/31/17