**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIAN BRADLEY | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 2:17-cv-01587-MSG** |
| | : | |
| SEARAY LLC d/b/a | : | |
| EASYACC.COM, INC. | : | |
| and | : | |
| AMAZON.COM, INC. | : | |

## O R D E R

AND NOW, this  *4th*  day of  *June* , 2018, upon

consideration of Amazon.com, Inc.'s Motion for Leave of Court to Submit Supplemental

Authority in Support of its Motion for Summary Judgment, and any response thereto, it is hereby

ORDERED and DECREED that said Motion is GRANTED.  Amazon.com, Inc. is permitted to

file the Notice of Supplemental Authority in Support of Motion for Summary Judgment attached

as Exhibit A to its Motion.

**BY THE COURT:**

_____
Mitchell S. Goldberg, J.