IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN BRADLEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-1587 |
| SEARAY LLC d/b/a EASYACC.COM, INC. AND AMAZON.COM, INC., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of June, 2018, it is hereby **ORDERED** that all judicial proceedings in this matter are **STAYED** pending the United States Court of Appeals for the Third Circuit's resolution of the appeal in Oberdorf v. Amazon.com, Inc., 295 F. Supp. 3d 496 (M.D. Pa. 2017). The Clerk of Court is directed to place this action in the Civil Suspense File.

The parties shall notify the Court within seven (7) days of the Third Circuit's ruling as to whether the case should be removed from suspense.

BY THE COURT:

_____
Mitchell S. Goldberg, J.