IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN BRADLEY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-1587 |
| | : | |
| AMAZON.COM, INC et al. | : | |

## ORDER

**AND NOW**, this 1st day of December 2021, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's "Motion for a Temporary Restraining Order" (Doc. 125) is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE, MJ
UNITED STATES DISTRICT COURT