IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN BRADLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMAZON.COM, INC et al. | : | NO. 17-1587 |
| | : | |

## ORDER

**AND NOW**, this 17th day of March 2023, following upon the motions to preclude expert testimony of Plaintiff, Julian Bradley ("Bradley") and Defendant, Amazon.com, Inc. ("Amazon"), and for the reasons set out in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Amazon's "motion to exclude Gary Smullin" (Doc. 190) is **DENIED.**

2. Bradley's "motion to preclude Kevin C. White, Ph.D. from testifying" (Doc. 185) is **DENIED.**

3. Amazon's "motion to strike the July 15, 2022 Expert Report of Neil Shirk" (Doc. 182) is **GRANTED.**

4. Amazon's "motion to exclude Neil Shirk" (Doc. 195) is **DENIED AS MOOT.**

5. Amazon's letter to the Court requesting the court strike the Supplemental Report of Neil Shirk (to be docketed) is **GRANTED.**

6. Amazon's "motion to exclude Mark Willingham" (Doc. 191) is **DENIED.**

7. Amazon's "motion to exclude Andrew Verzilli" (Doc. 189) is **GRANTED IN PART AND DENIED IN PART** as set out in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE