IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN BRADLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMAZON.COM, INC et al. | : | NO. 17-1587 |
| | : | |

## ORDER

**AND NOW**, this 6th day of April 2023, upon consideration of Bradley's Motion for Reconsideration of this Court's March 17, 2023 Order granting Amazon's "motion to strike the July 15, 2022 Expert Report of Neil Shirk" and granting Amazon's "letter to the Court requesting the court strike the Supplemental Report of Neil Shirk" (Doc. 224), and Amazon's response in opposition thereto (Doc. 225), it is hereby **ORDERED** that Plaintiff's motion **IS DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE