IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN BRADLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMAZON.COM, INC et al. | : | NO. 17-1587 |
| | : | |

## ORDER

**AND NOW**, this 6th day of April 2023, upon consideration of Bradley's Motion for Partial Summary Judgment as to Count II of his complaint (Doc. 187), his accompanying statement of undisputed material facts (Doc. 188), and Amazon's response in opposition thereto and its counterstatement of undisputed material facts (Doc. 204), it is hereby **ORDERED** that Plaintiff's motion **IS DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE