IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN BRADLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMAZON.COM, INC et al. | : | NO. 17-1587 |

## ORDER

**AND NOW**, this 12th day of July 2023, upon consideration of Defendant Amazon.com Inc.'s Motion for Partial Summary Judgment (Doc. 192), Plaintiff Julian Bradley's response in opposition to Amazon's motion (Doc. 199) and his counter-statement of undisputed material facts (Doc. 200), and Amazon's reply thereto (Doc. 210), it is hereby **ORDERED** that Amazon's Motion for Partial Summary Judgment is, as set out in the attached Memorandum Opinion, **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Summary judgment is **DENIED** to Amazon on Count II (Strict Liability) of the Complaint as to the failure to warn claim.

2. Summary judgment is **GRANTED** to Amazon on Count I (Negligence) of the Complaint as to the failure to warn claim.

3. Summary judgment is **GRANTED** to Amazon on Count I (Negligence) of the Complaint as to the failure to recall claim.

4. Summary judgment is **GRANTED** to Amazon on Count III (Punitive Damages) in its entirety.

BY THE COURT:

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE